**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANTHONY HOBAN,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | NO. 17-cv-441 |
| JAY LANE, et al.,<br>Respondents. | : | |

FILED
JAN 08 2019
KATE ~~BARKMAN~~, C~~lerk~~
By_____ Dep. Clerk

### ORDER

AND NOW, this 7th day of JANUARY, 2019, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, to which no objections were filed, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_/s/ Jeffrey L. Schmehl_
JEFFREY L. SCHMEHL, J.

ENT'D JAN 08 2019